**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 8, 2015

Hon. Joel  H. Thomas
Attorney at Law
P. O.  Box 1141
Sinton, TX 78387
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00434-CR
Tr.Ct.No.  13-CR-3829-E
Style:    Joel Elizondo v. The State of Texas


Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Tuesday, June 16, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch